UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HERBERT BURGESS,

                                Plaintiff,

                                                                   <u>DECISION AND ORDER</u>

                                                                   08-CV-6510L

                v.

STEPHEN LASKOWSKY, et al.,

                                Defendants.
_____

Plaintiff's motion for reconsideration (Dkt. #16) is in all respects denied.

IT IS SO ORDERED.

                                              _____
                                                   DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        October 23, 2009.